**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2088**

---

LAWRENCE E. BOWLING,

                                    Plaintiff - Appellant,

        versus

KENNETH E. LAWSON, a/k/a Casey,

                                    Defendant - Appellee,

        and

JOHN E. LUTZ; DAVID MCCLAVE; JANE MCCLAVE
LAWSON; HILDRETH ROBINSON, a/k/a Jerry,

                                    Defendants.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (CA-98-1158-2)

---

Submitted:  January 31, 2001        Decided:  February 15, 2001

---

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lawrence E. Bowling, Appellant Pro Se.  James William Lane, Jr., Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence E. Bowling appeals the district court's order awarding Bowling $500 in compensatory damages against Kenneth "Casey" Lawson for slander and dismissing Bowling's remaining claims against Lawson. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bowling v. Lawson</u>, No. CA-98-1158-2 (S.D.W. Va. July 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>